Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-453-873**

**Effective Date of Registration:** May 08, 2025
**Registration Decision Date:** July 24, 2025



## Title

**Title of Work:** Autumn Floral

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** August 24, 2019
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Carolina Windmüller
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Carolina Windmüller
77 Ambler Road, ground floor, London, N4 2QS, United Kingdom

## Rights and Permissions

**Name:** Carolina Windmüller
**Email:** carowindmuller@gmail.com
**Address:** 77 Ambler Road, ground floor
London N4 2QS United Kingdom

## Certification

**Name:** David Denholm
**Date:** May 08, 2025
**Applicant's Tracking Number:** CW2025050801

Page 1 of 2

