**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

CAROLINA WINDMULLER,

    Plaintiff,                                                        Case No.: 1:26-cv-00486

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

**SCHEDULE A TO COMPLAINT**

| No. | Defendants |
|---|---|
| 1 | YinghengFushi-US |
| 2 | weipinhuifushi |
| 3 | Tongtian Fushi |
| 4 | WANGHUAFUSHI |
| 5 | Nuodu |
| 6 | Povielle |
| 7 | bawilom |
| 8 | Maryia |
| 9 | lMiaAIJAIO |
| 10 | AKOEE Fashion Outfits |
| 11 | MMJYEL |
| 12 | QQAMB |
| 13 | QiangXing store |
| 14 | gjutow |
| 15 | FEIFLY |
| 16 | Ling store |
| 17 | jinghaibaihuo |
| 18 | ZhiZhuang |
| 19 | Molidfa FASHION |
| 20 | QYZEU |
| 21 | CENGNIAN Shop |
| 22 | Muscularfit Fashion |
| 23 | Ecqkame Fashion |
| 24 | ZhenYou |
| 25 | Bridster |